IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**04 10237 PBS**

SOVEREIGN BANK,

      Plaintiff,

      v.

GRANT THORNTON LLP,

      Defendant**MAGISTRATE JUDGE** ᗷowⱡer

Civil Action No.

```
RECEIPT #_____
AMOUNT $ 150
SUMMONS ISSUED N|A
LOCAL RULE 4.1
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. P.O.M
DATE 2\3\04
```

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.,* Defendant Grant Thornton LLP ("Grant Thornton")

hereby removes the civil action captioned <u>Sovereign Bank v. Grant Thornton LLP</u>, Civil Action

Number 03-5141 G (the "Action") from the Suffolk Superior Court Department of the Trial

Court for the Commonwealth of Massachusetts to the United States District Court for the District

of Massachusetts, Eastern Division. Removal is based upon the following:

      1.     Grant Thornton is the Defendant in the Action, which is pending in the Suffolk

Superior Court. A copy of the Summons and Complaint are attached as <u>Exhibit A</u> and constitute

all pleadings in the Action. Certified copies of the docket sheet and all pleadings and orders filed

with the Suffolk Superior Court in the Action will be provided to this Court pursuant to Local

Rule 81.1.

      2.     The attached Summons and Complaint were served on Grant Thornton on January

22, 2004. The time has not elapsed during which the Defendant is entitled to file this Notice of

Removal pursuant to 28 U.S.C. § 1446.

3.    Defendant wishes to exercise its right under the provisions of 28 U.S.C. § 1441 *et seq.*, to remove this Action from the Superior Court Department, Suffolk County, Commonwealth of Massachusetts.

4.    This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) and this matter may be removed to this Court by the Defendant under the provisions of 28 U.S.C. § 1441(a).

5.    Defendant Grant Thornton is a limited liability partnership organized and existing under the laws of the State of Illinois with its principal place of business in Chicago, Illinois.

6.    Upon information and belief and as alleged in Plaintiff's Complaint, Plaintiff is a federal savings bank, organized and existing under the laws of the United States, with its principal place of business in Wyomissing, Pennsylvania.

7.    The value of the matter in controversy in this action exceeds $75,000.  Plaintiff has stated that its damages are "at least $5,000,000."  See Exhibit A (Statement of Damages).

8.    Venue in this District is proper pursuant to 28 U.S.C. § 1391(a).


Respectfully submitted,

GRANT THORNTON LLP
By its attorneys,


Patrick J. Sharkey (BBO # 454820)
Kevin M. McGinty (BBO #556780)
Sarah B. Herlihy (BBO # 640531)
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

Dated:  February 3, 2004