IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANK,<br><br>    Plaintiff,<br><br>    v.<br><br>GRANT THORNTON LLP,<br><br>    Defendant. | Civil Action No. 04 10237 PBS |

### NOTICE OF APPEARANCE

Attorneys Patrick J. Sharkey, Kevin M. McGinty and Sarah B. Herlihy hereby enter their appearances as counsel for Grant Thornton LLP in the above-captioned action.

Respectfully submitted,

GRANT THORNTON LLP
By its attorneys,

_/s/ Patrick J. Sharkey_
Patrick J. Sharkey (BBO # 454820)

_/s/ Kevin M. McGinty_
Kevin M. McGinty (BBO #556780)

_/s/ Sarah B. Herlihy_
Sarah B. Herlihy (BBO # 640531)

Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

Dated: February 3, 2004

LIT 1441630v1