IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANK,<br><br>    Plaintiff,<br><br>v.<br><br>GRANT THORNTON LLP,<br><br>    Defendant. | 04 10237 PBS<br><br>Civil Action No. |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3(A)

In accordance with Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, Defendant Grant Thornton LLP makes the following disclosures:

1.   Grant Thornton LLP is a member and correspondent firm of Grant Thornton International, a network of independent firms throughout the world. Grant Thornton International is a non-practicing, non-trading international umbrella organization and does not deliver services in its own name.

2.   Each member and correspondent firm in Grant Thornton International is a separate independent national firm. These firms are not members of one international partnership or otherwise legal partners with each other, nor is any one firm responsible for the services or activities of any other. Each firm governs itself and handles its administrative matters on a local basis. There is no common ownership among the firms or by Grant Thornton International.

Respectfully submitted,

GRANT THORNTON LLP
By its attorneys,

*/s/ Sarah B. Herlihy*

Patrick J. Sharkey (BBO # 454820)
Kevin M. McGinty (BBO #556780)
Sarah B. Herlihy (BBO # 640531)
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

Dated:  February 3, 2004

LIT 1441366v1