

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SOVEREIGN BANK, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-10237-PBS |
| ) | |
| v. ) | |
| ) | |
| GRANT THORNTON, LLP, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER OF REMAND TO STATE COURT

WHEREAS, plaintiff Sovereign Bank ("Sovereign") filed this action against Grant Thornton LLP, in the Massachusetts Superior Court for Suffolk County; and

WHEREAS, defendant Grant Thornton LLP ("Grant Thornton"), removed this action to this Court by Notice of Removal dated February 3, 2004; and

WHEREAS, Sovereign and Grant Thornton both desire that this action be remanded to the Massachusetts Superior Court for Suffolk County;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that this action be remanded to the Massachusetts Superior Court for Suffolk County, and that the

Court enter the order of remand set forth below, with each party to bear its own costs and expenses.

AGREED THIS 27th DAY OF FEBRUARY, 2004.

        GRANT THORNTON LLP

        By its attorneys,

        */s/ Kevin M. McGinty /APC*

        Patrick J. Sharkey, BBO#454820
        Kevin M. McGinty, BBO #556780
        Sarah B. Herlihy, BBO #640531
        MINTZ, LEVIN, COHN, FERRIS,
         GLOVSKY AND POPEO, P.C.
        One Financial Center
        Boston, MA 02111
        (617) 542-6000

        SOVEREIGN BANK

        By its attorneys,

        */s/ A. Lauren Carpenter*

        Sandra Sue McQuay, BBO # 487820
        A. Lauren Carpenter, BBO #551258
        SULLIVAN WEINSTEIN & MCQUAY, P.C.
        Two Park Plaza, Suite 610
        Boston, MA 02116
        (617) 348-4300

## **ORDER**

It is hereby ordered that this action be remanded forthwith to the Massachusetts Superior Court for Suffolk County.

        By: _/s/ Patti B. Saris_
        District Judge Patti B. Saris

        Dated: 3/4/04