

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152



**TO:**
Suffolk Superior Court

McCormack Courthouse

90 Devonshire Street

Boston, MA 02109

**RE:**

CIVIL ACTION #. 04-10237

CRIMINAL #.

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ March 5, 2004 _____ by the Honorable ___ Patti B. Saris ___.

The following documents are included in our file and transmitted herewith:

( x )   Certified copy of the docket entries;

( x )   Certified copy of the transferral order;

( X )   Original documents numbered  1-6

(  )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

Date:   3/10/04

cc:   Counsel, File

---

The documents listed above were received by me on  3/12/04  and assigned the following case number: 03-5141.

By: _____
Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)